IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

     v.                              Case No. 2:10-cr-156

Jefferey A. Adams


<u>ORDER</u>

The government has moved pursuant to Fed.R.Crim.P. 35 for a reduction of the defendant's sentence. The motion is granted. The court will depart downwards on Counts 1 and 3 from a total offense level 21 to a total offence level 17. The concurrent terms of incarceration of sixty months previously imposed on Counts 1 and 3 of the indictment are hereby reduced to a term of incarceration of thirty (30) months on Count 1 and a term of incarceration of thirty (30) months on Count 3, to run concurrently. In all other respects, the sentence previously imposed will remain the same, including the term of incarceration of sixty months imposed on Count 2 of the indictment to run consecutive to the terms of incarceration imposed on Count 1 and Count 3.


Date: August 31, 2012        <u>         s/James L. Graham     </u>
                                     James L. Graham
                                   United States District Judge